Opinion filed February 28, 2008 















 
 
 The court on this day, March 13, 2008, has withdrawn this
 opinion and judgment dated February 28, 2008.
 
 





 
 
  
 
 


Opinion filed February 28,
2008 

 

 

 

 

 

 

                                                                       
In The

                                                                             


    Eleventh Court of Appeals

                                                                  
__________

 

                                                         
No. 11-07-00371-CR

                                          
__________

 

                   
 YEDIDIYAH KOHANIMYAH HAWKINS,
Appellant

 

                                                            
V.

 

                                       
 STATE OF TEXAS,
Appellee

 





 

                                        
On Appeal from the 350th District Court

 

                                                        
 Taylor County,
Texas

 

                                                  
Trial Court Cause No. 8276-D

 





 

                                                                  
O P I N I O N

On
February 12, 2008, the clerk of this court wrote the parties stating that it
appeared this court did not have jurisdiction in this appeal.  Appellant
was directed to respond on or before February 22, 2008, showing grounds for
continuing the appeal.  No response has been filed.  

The
appeal is dismissed for want of jurisdiction.

 

February 28,
2008                                                                  
PER CURIAM

Do not
publish.  See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright,
C.J.,

McCall, J., and
Strange, J.